FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID POISSON, a single individual,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio Corporation; SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware Corporation,<br><br>    Defendants. | No. 2:18-cv-00172-SAB<br><br>**ORDER DISMISSING DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION** |

    Before the Court is the parties' Stipulation For Dismissal Of Signature Flight Support Corporation, ECF No. 24. Plaintiff and Defendant Signature Flight Support Corporation stipulate that all claims against Signature Flight Support Corporation be dismissed with prejudice and without fees or costs to any party.

    Accordingly**, IT IS HEREBY ORDERED:**

    1. The Court **accepts** the parties' Stipulation For Dismissal Of Signature Flight Support Corporation, ECF No. 24.

//

//

//

**ORDER DISMISSING DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION** ~ 1

2. Defendant Signature Flight Support Corporation is **dismissed** from the above-captioned case with prejudice and without fees or costs to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 26th day of February 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION** ~ 2