FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID POISSON, a married individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation, and SIGNATURE FLIGHT SUPPORT CORPORATION, a Delaware corporation,<br><br>    Defendants. | NO. 2:18-cv-00172-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS; CLOSING FILE** |

    Before the Court is the parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 37. The motion was heard without oral argument. Plaintiff is represented by Nicholas D. Kovarik and Sean Johnson. Defendant United Parcel Service Company is represented by Williams A. Masters and Paul A. C. Berg.

    The parties stipulate that the above-entitled action, including all claims and counterclaims, be dismissed with prejudice and without attorneys' fees, costs, expenses, or disbursements to any party.

//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS; CLOSING FILE** ~ 1

Accordingly, **IT IS HEREBY ORDERED**

1. The parties' Stipulated Motion to Dismiss With Prejudice, ECF No. 37, is **GRANTED**.

2. The above-captioned case is **DISMISSED** with prejudice and without attorneys' fees, costs, expenses, or disbursements to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 10th day of December 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS; CLOSING FILE** ~ 2